**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 381 MAL 2018

         Respondent               :

                                    :    Petition for Allowance of Appeal from

                                    :    the Order of the Superior Court

         v.                        :

                                    :

SHARON KAY JOHNSON,            :

                                    :

         Petitioner              :

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of October, 2018, the Petition for Allowance of Appeal is **DENIED**.